## Wagenseller et ux., Appellants, v. Philadelphia Rapid Transit Company.

Argued October 6, 1938. Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES, JJ.

*A. E. Hurshman,* for appellant.

*Jay B. Leopold,* with him *Bernard J. O'Connell,* for appellee.

PER CURIAM, November 18, 1938:
The judgment of the court below refusing to set aside

the compulsory nonsuit entered on the trial of the above case is affirmed on the authority of *Smith v. Pittsburgh Railways Co.,* 314 Pa. 541, 171 A. 879, and the cases cited in the opinion of Mr. Justice DREW therein.

Judgment affirmed.